**Dismissed and Memorandum Opinion filed February 5, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00955-CV

---

## IN RE SILVER 1999 LEXUS GS300 4DR, TXLP-DG4C418, AND VIN #T8BD68S3X0066038 AND OTHER PROPERTY

---

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-0513**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a final judgment signed June 15, 2012, in a forfeiture action. Appellant filed a timely motion for new trial, and he filed a notice of appeal on September 13, 2012. The clerk's record was filed October 16, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On November 2, 2012, the court notified appellant that the filing fee was past due and the appeal was subject to dismissal. No response was filed.

In addition, the reporter's record in this case was due October 16, 2012. *See*

Tex. R. App. P. 35.1. The official court reporter notified this court that appellant did not arrange for payment for the record. On October 23, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within fifteen days of the notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

On December 28, 2012, this court ordered appellant, Andrew Ronald Rodriguez, to file a brief in this appeal and to pay the appellate filing fee of $175.00 to the Clerk of this court on or before January 18, 2013. In the order, the court advised appellant that if he failed to comply, the court would dismiss the appeal. *See* Tex. R. App. P. 42.3. Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.